**Redacted Version**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SYSTEM ENERGY RESOURCES, INC.,** ***et al.*****,**<br><br>Plaintiffs,<br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant,<br>and<br><br>**HOLTEC INTERNATIONAL, LLC,**<br><br>Intervenor. | No. 23-78C and 23-118<br>(Consolidated)<br><br>Judge Holte |
| **ENTERGY LOUISIANA, LLC,**<br><br>Plaintiff,<br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant,<br>and<br><br>**HOLTEC INTERNATIONAL, LLC,**<br><br>Intervenor. | |

**DECLARATION OF KIMBERLY REOME IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. GLENN GEORGE, PHD**

I, **Kimberly R. Reome**, am a Partner at HKA Global, LLC, and hereby declare:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.

2. I have been retained as a Rebuttal Expert by the Plaintiffs in the above-captioned consolidated action.

3. My business address is 300 S. Wacker Dr., Ste. 3300, Chicago, IL 60606.

4. Attached as Exhibit 1 to this Declaration is a true and complete copy of a Report dated September 2, 2026, that includes my opinions to date related to this matter, which are truthful and accurate based upon the information available to me, as well as my qualifications and experience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026.

Signed by:
Kimberly R. Reome
8164930B8950452...
_______________________
KIMBERLY R. REOME