IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM ENERGY RESOURCES, INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

HOLTEC INTERNATIONAL,

Intervenor.

No. 23-78C
Judge Holte

[redacted]

**DEFENDANT'S MOTION TO MODIFY DOCKET TEXT**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully files this motion to modify docket text. Plaintiff does not oppose this motion.

On August 14, 2026, defendant filed a motion under seal with the following title: "Defendant's Motion for Leave to File Amended Answer." ECF No. 160. Defendant included a description in the docket text, which states that the motion to amend the answer is "to assert an affirmative defense of forfeiture due to fraud under 28 USC 2514." *See id.* (docket text). To ensure that the docket text matches the title of the motion, defendant respectfully requests that the Court order the Clerk of Court to remove the description—"to assert an affirmative defense of forfeiture due to fraud under 28 USC 2514"—from the docket text related to ECF No. 160.

August 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

LISA L. DONAHUE
Assistant Director

/s/ Evan Wisser by Daniel D. Falknor
EVAN WISSER
Senior Trial Counsel
NATALEE A. ALLENBAUGH
LAURA O. ARADI
DANIEL D. FALKNOR
KRISTIN E. OLSON
JOSHUA D. TULLY
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-3682
Email: evan.wisser@usdoj.gov
*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 19th day of August, 2026, I sent via email a copy of the foregoing document to plaintiff's counsel, pursuant to paragraph 2 of the Court's Amended General Order No. 2026-01.

/s/ Daniel D. Falknor
Daniel D. Falknor