**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SYSTEM ENERGY RESOURCES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HOLTEC INTERNATIONAL,<br><br>Intervenor. | Nos. 23-78C and 24-118C<br>(Consolidated)<br>Judge Holte<br><br>[redacted] |
| ENTERGY LOUISIANA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HOLTEC INTERNATIONAL,<br><br>Intervenor. | |

**NOTICE BY INTERVENOR HOLTEC INTERNATIONAL IN RESPONSE TO GOVERNMENT NOTICE REGARDING REDACTIONS**

Pursuant to the Court's September 3, 2026 Scheduling Order, ECF No. 168, Intervenor Holtec International ("Holtec") submits this Notice in response to Defendant's September 11, 2026, filing concerning redactions. ECF No. 174.

The Government's Notice addresses redactions to ECF Nos. 160, 161, 163, and 166. *Id.* at 1–2. Holtec agrees with the Government's description of the parties' positions concerning ECF Nos. 161, 163, and 166. The parties have agreed upon the redactions necessary for ECF No. 161, and Holtec proposed no redactions to ECF Nos. 163 or 166.

Holtec provides the following clarification concerning ECF No. 160 and its attachments. Pursuant to the applicable protective order, Holtec provided the Government with specific proposed redactions to ECF Nos. 160, 160-1, and 160-2. The Government has not objected to those redactions. Holtec transmitted its proposal, however, with the explanation that it was premised on the government being granted leave to amend. Holtec further explained that its submission did not address the appropriate scope of sealing or redactions if the Court denies leave or otherwise disposes of the proposed amendment; that Holtec reserved its position concerning continued sealing or additional redactions in that event; and that Holtec supports keeping the filings under seal pending the Court's rulings on the parties' motions, including Entergy's cross-motion to strike.

Thus, Holtec and the Government agree upon the particular redactions Holtec proposed for ECF No. 160 and its attachments if the proposed amended answer becomes operative. That agreement does not resolve the timing for filing public versions or the appropriate scope of sealing if the proposed amendment does not become operative.

Holtec continues to support maintaining the existing seal pending the Court's rulings on the parties' motions. The accompanying declaration of Joy Russell describes [redacted]. See Russell Decl. ¶¶ 4–9. It also explains [redacted]

**Protected Material To Be Disclosed Only In Accordance With**
**The U.S. Court of Federal Claims Protective Order**

[redacted]. Id. ¶¶ 10–21.

The pending motions practice bears directly on what documents and allegations will remain part of the case. If leave is granted, the proposed amended answer will become operative, and the parties can proceed on that basis in preparing public versions. If leave is denied or Entergy's cross-motion to strike is granted, the proposed amended answer will not become operative or challenged material may be removed from the record, requiring a different assessment of any public versions. Addressing public versions now would therefore require the parties to assess redactions based on alternative procedural outcomes and could result in disclosure of material before the Court determines whether it will remain in the case. Because public disclosure cannot later be undone, maintaining the existing seal until the pending motions are resolved would preserve the status quo and permit the parties to address public versions in the procedural posture that actually results.

Holtec submits this Notice to clarify the record concerning the scope of its agreement with the Government and to provide factual support for Holtec's position concerning the confidential and competitively sensitive information at issue.

Dated: September 25, 2026

Respectfully submitted,

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000
(202) 663-8007 (fax)
wsullivan@pillsburylaw.com

*Counsel for Intervenor Holtec International*

Of Counsel:
Jay E. Silberg
Drew A. Navikas
Johnna F. Purcell
Sarah M. Robitaille
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000
(202) 663-8007 (fax)
jay.silberg@pillsburylaw.com

**Protected Material To Be Disclosed Only In Accordance With**
**The U.S. Court of Federal Claims Protective Order**

drew.navikas@pillsburylaw.com
johnna.purcell@pillsburylaw.com
sarah.robitaille@pillsburylaw.com

**Protected Material To Be Disclosed Only In Accordance With**
**The U.S. Court of Federal Claims Protective Order**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of September, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing **SEALED** Notice by Intervenor Holtec International In Response to Government Notice Regarding Redactions has been electronically served via email to the following individuals:

Evan Wisser
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 616-3682
evan.wisser@usdoj.gov.

Charles E. Ross
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
Tele: (601) 968-5500
cer@wisecarter.com

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.