[redacted]

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYSTEM ENERGY RESOURCES, INC., et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>HOLTEC INTERNATIONAL,<br>Intervenor. | Nos. 23-78C and 24-118C<br>(Consolidated)<br>Judge Holte<br>[redacted] |
| ENTERGY LOUISIANA, LLC,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>HOLTEC INTERNATIONAL,<br>Intervenor. | |

## DECLARATION OF JOY RUSSELL

I, Joy Russell, declare as follows:

1) I am over the age of eighteen and competent to testify concerning the matters stated in this declaration. The facts stated here are based on my personal knowledge except where I expressly state that I have been informed of a matter by Holtec's counsel. If called as a witness, I could testify competently to the matters stated here.

[redacted]

2) I am Holtec International's Executive Vice President of Business Development. I have worked for Holtec since 1997 and have spent most of my career in business-development positions involving customer relationships, proposals, and contract negotiations. In my current position, I am responsible for domestic business development, commercial proposals, and customer relationships.

3) Through those responsibilities, I am familiar with Holtec's dry spent-fuel-storage business; the commercial information used to prepare and evaluate proposals; negotiations with nuclear-utility customers; and the way Holtec protects customer-specific prices, contracts, pricing analyses, and negotiation strategies. Through nearly three decades at Holtec, including my work as a senior executive, I have also developed an understanding of how utilities, governmental entities, regulators, business partners, investors, lenders, employees, the communities in which it operates, and other participants in the energy industry [redacted].

4) I understand from Holtec's counsel that the filings for which sealing and redaction are presently at issue contain information concerning Holtec's customer-specific prices and contract terms; comparisons among prices, customers, contracts, and products; pricing calculations and methods of comparison; and Holtec's commercial negotiations and price-validation practices. My testimony concerns the commercial sensitivity of the identified categories of Holtec information and the harm that public disclosure would cause.

## COMMERCIAL SENSITIVITY AND COMPETITIVE HARM

5) [redacted]

[redacted]

6) Holtec generally does not disclose [redacted]

7) [redacted].

8) Holtec also treats as confidential [redacted]

9) Accordingly, public disclosure of the information described above would [redacted]

[redacted]

10) I have been informed by Holtec's counsel that [redacted] In my experience, [redacted]. [redacted].

11) In my experience, utilities, governmental entities, regulators, potential business partners, investors, lenders, employees, stakeholders, and other participants in the energy industry [redacted]. Governmental entities and customers operating in highly regulated industries are particularly cautious [redacted] because their procurement and oversight obligations require close attention to the reliability, trustworthiness, and overall integrity of their suppliers and partners. I would expect [redacted]

[redacted]

12) Based on my experience with proposals, negotiations, and customer relationships, [redacted]. [redacted]. [redacted]. [redacted]. [redacted]

13) I have been informed that the Government's filings identify particular Holtec executives, describe their communications and the negotiating process in detail, and rely on those details to [redacted]. Detailed allegations identifying particular people, communications, and events may appear more concrete and substantiated than a general accusation, even when the allegations have not been adjudicated. The specificity of the allegations also would make them more likely to be repeated or relied upon in commercial discussions and more difficult to dispel particularly because readers may incorrectly treat detailed allegations as established facts rather than unproven assertions.

[redacted]

[redacted] The allegations could be extracted from the filings, repeated without the surrounding context or Holtec's response, and used to create a lasting narrative that [redacted]. [redacted]. In my judgment, [redacted]. The identified Holtec personnel [redacted]. From my years in the industry, I know that [redacted]. [redacted]

14) In my experience, Holtec's negotiations with current and prospective utility customers [redacted]. [redacted]

[redacted]

[redacted]. [redacted]

15) [redacted] During my career, I have seen that Holtec's standing with regulators, investors, lenders, the communities in which it operates, and other industry stakeholders affects [redacted]. I would expect [redacted]. [redacted]. [redacted]. [redacted].

16) My executive responsibilities also give me experience with the inquiries and demands that can follow when [redacted]. [redacted]. [redacted]. [redacted]. I am not offering an opinion about whether any such inquiry or

[redacted]

proceeding would be warranted or about its outcome. My point is that the public existence of [redacted].

17) In my experience, customers and other stakeholders do not necessarily [redacted]. [redacted]. [redacted].

18) Having worked at Holtec since 1997 and with employees throughout the organization, I understand the importance of employee confidence in the company and its leadership. [redacted]. In my judgment, [redacted].

19) Based on my experience as a senior executive, [redacted]. [redacted]. [redacted]

[redacted]

[redacted]. [redacted]. [redacted].

20) Finally, my experience has taught me that [redacted]. [redacted]. [redacted]. [redacted]. [redacted].

21) Accordingly, public disclosure of [redacted]. Based on my experience and responsibilities at Holtec, I believe [redacted]. The potential harm [redacted]

[redacted]

[redacted]. [redacted]. [redacted]. [redacted]. In my judgment, the cumulative effect could [redacted]. The resulting harm could [redacted]. For these reasons, I believe that [redacted].

* * *

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026, in Camden, New Jersey.

Joy Russell Digitally signed by Joy Russell DN: cn=Joy Russell, c=US, o=Holtec International, email=jrussell@holtec.com Date: 2026.09.25 14:52:01 -04'00'

Joy Russell