IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM ENERGY RESOURCES, INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

HOLTEC INTERNATIONAL,

Intervenor.

ENTERGY LOUISIANA, LLC.

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

HOLTEC INTERNATIONAL,

Intervenor.

Nos. 23-78C and 24-118C
(Consolidated)
Judge Holte

**DEFENDANT'S REPLY REGARDING PLAINTIFFS' PROPOSED REDACTIONS**

Pursuant to the Court's September 3, 2026 scheduling order, ECF No. 168, defendant, the United States, respectfully submits this reply concerning redactions to the parties' recent filings (ECF Nos. 160, 161, 163, and 166). As stated in our initial filing regarding the parties' redaction disputes, ECF No. 174, the parties have reached agreement on all redaction issues with one

exception – the extent to which redactions are required for ECF No. 161, and the need for conforming redactions in other filings. The United States presented proposed redactions to ECF No. 161, while Entergy asks the Court to keep the document sealed entirely. Entergy did not provide the United States with any of the arguments now presented in its response concerning redactions, ECF No. 186, nor did Entergy propose the compromise it now advances of keeping the document fully under seal only until the Court rules on the United States' motion. *Id.* at 3, 10. The United States agrees that, although not expressly contemplated in the protective order, in these circumstances it may be prudent to defer resolution of this dispute until after the Court has the opportunity to address the merits of the United States' motion. At that point, the parties will likely be in a better position to reach agreement regarding the scope of the redactions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

LISA L. DONAHUE
Assistant Director

s/Evan Wisser
EVAN WISSER
Senior Trial Counsel
NATALEE A. ALLENBAUGH
DANIEL D. FALKNOR
KRISTIN E. OLSON
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-3682
Email: evan.wisser@usdoj.gov
*Attorneys for the United States*

Dated: October 2, 2026

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 2nd day of October, 2026, I sent via email a copy of the foregoing document to plaintiff's counsel, pursuant to paragraph 2 of the Court's Amended General Order No. 2026-01.

s/Evan Wisser