IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEM ENERGY RESOURCES, INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

HOLTEC INTERNATIONAL,

Intervenor.

ENTERGY LOUISIANA, LLC.

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

HOLTEC INTERNATIONAL,

Intervenor.

Nos. 23-78C and 24-118C
(Consolidated)
Judge Holte

**JOINT MOTION TO EXTEND REDACTION DEADLINE**

All parties respectfully request that the Court extend the November 5, 2026 deadline to file all outstanding redacted documents by four days, through and including November 9, 2026.

The parties will file most of the outstanding redacted documents by the deadline today. However, for a subset of the documents which contain Holtec confidential pricing information,

primarily briefing related to the expert reports in this case, Holtec will not be able to complete its review by today. The affected documents are ECF Nos. ECF Nos. 175, 176, 183, and 196. Entergy and the United States have reached agreement on redactions, if any, that they have requested on these documents.

The same counsel representing Holtec International in this matter also represents the plaintiff in Holtec Pilgrim LLC's spent nuclear fuel case, in which an opposition to the United States' motion for summary judgment and a cross-motion for summary judgment are due tomorrow, November 6, 2026. *Holtec Pilgrim, LLC v. United States*, No. 22-771C (Fed. Cl.) (Bruggink, J.). Those competing briefing obligations have limited counsel's ability to complete Holtec's redaction review. The requested extension will allow counsel to complete that review and ensure that Holtec's sensitive pricing information is appropriately protected.

For these reasons, the parties respectfully request that the Court extend the deadline to file redactions to ECF Nos. ECF Nos. 175, 176, 183, and 196 by four days, through and including November 9, 2026.

Respectfully submitted,

s/Charles E. Ross
Charles E. Ross
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
Tel: (601) 968-5500
Fax: (601) 944-7738
cer@wisecarter.com
Counsel of Record for *System Energy Resources, Inc., et. al.* Plaintiffs

s/Robin F. Bromberg
Robin F. Bromberg
**LANGLEY & BROMBERG LLC**
2700 U.S. Highway 280
Suite 350E
Mountain Brook, Alabama 35223
Tel: (205) 783-5752
robin@langleybromberg.com
Counsel of Record for Plaintiff *Entergy Louisiana, LLC*

OF COUNSEL:
Samuel O. Morris IV
**ENTERGY SERVICES, LLC**
1340 Echelon Parkway
Jackson, MS 39213
Tel: (601) 368-54769
Fax: (601) 368-5666
Smorri5@entergy.com

Christopher C. Coleman
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
Tel: (601) 968-5500
chc@wisecarter.com

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

LISA L. DONAHUE
Assistant Director

s/Evan Wisser
EVAN WISSER
Senior Trial Counsel
NATALEE A. ALLENBAUGH
DANIEL D. FALKNOR
KRISTIN E. OLSON
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-3682
Email: evan.wisser@usdoj.gov
*Attorneys for the United States*

s/William M. Sullivan, Jr.
William M. Sullivan, Jr.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000
(202) 663-8007 (fax)
wsullivan@pillsburylaw.com

Of Counsel:
Jay E. Silberg
Drew A. Navikas
Johnna F. Purcell
Sarah M. Robitaille
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 663-8000

Eric B. Langley
**LANGLEY & BROMBERG LLC**
2700 U.S. Highway 280
Suite 350E
Mountain Brook, Alabama 35223
Tel: (205) 783-5752
robin@langleybromberg.com
Counsel of Record for Plaintiff
*Entergy Louisiana LLC*

Jennifer Quinn-Barabanov
David Marcou
**STEPTOE, LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
202-429-3000
jquinnba@steptoe.com
dmarcou@steptoe.com

Dated: November 5, 2026

(202) 663-8007 (fax)
jay.silberg@pillsburylaw.com
drew.navikas@pillsburylaw.com
johnna.purcell@pillsburylaw.com
sarah.robitaille@pillsburylaw.com

*Counsel for Intervenor Holtec International*