IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SYSTEM ENERGY RESOURCES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HOLTEC INTERNATIONAL,<br><br>Intervenor. | Nos. 23-78C and 24-118C<br>(Consolidated)<br>Judge Holte |
| ENTERGY LOUISIANA, LLC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HOLTEC INTERNATIONAL,<br><br>Intervenor. | |

**JOINT STATUS REPORT BY PLAINTIFFS AND DEFENDANT**

Pursuant to the Court's October 23, 2026 order (ECF No. 199), Plaintiffs, System Energy Resources, Inc. et al., and Entergy Louisiana, LLC, and defendant, the United States (plaintiffs and defendant sometimes collectively referred to herein as the "Parties") respectfully submit this joint status report. On November 5, 2026, the Parties filed a status report addressing outstanding

redactions, the supplemental expert report of Dr. Glenn George, and plaintiffs' motion to compel 30(b)(6) testimony and the United States' cross-motion to compel. Below, the Parties address the remaining items identified in the Court's October 23, 2026 order to be included in the November 19, 2026 status report (depositions, discovery, and motions).

As an initial matter, the Parties confirm that redacted versions have been filed for all documents through ECF No. 202. The Parties are engaged on reviewing redactions to subsequently-filed sealed documents (ECF Nos. 220, 221, and 222).

## I. Depositions

The United States is working with counsel for Holtec International to reschedule the deposition of Pierre Oneid. Given Mr. Oneid's schedule, the Parties anticipate completing his deposition in early January 2027, but the Parties have not yet confirmed a specific date.

The Parties' November 5, 2026 status report addressed two other sets of depositions. After the Court resolves the outstanding motion and cross-motion concerning plaintiffs' 30(b)(6) notice, the plaintiffs will conduct a 30(b)(6) deposition of the Department of Entergy and will conduct two depositions of Department of Energy personnel.

The Parties do not anticipate any further depositions in these cases beyond what is described in this status report.

## II. Discovery

Plaintiffs responded to the United States' requests for admission on November 18, 2026. The United States accepts the responses. No other written discovery remains outstanding

## III. Motions

As noted in the Parties' November 5, 2026 status report, the Parties' cross-motions regarding plaintiffs' 30(b)(6) notice will require resolution by the Court, and the Parties have requested an oral argument date on that motion.

On November 5, 2026, the United States filed its motion for spoliation sanctions. On the current schedule, briefing for that motion will conclude on December 4, 2026.

The Parties have been unable to reach agreement regarding the privilege dispute concerning drafts to the nonbid justification form. In addition to the two documents previously identified by the United States, plaintiffs recently clawed back a third draft version, which will be included in the motion to compel. The United States is finalizing its motion to compel, which it anticipates filing by November 30, 2026. Assuming that filing date and no other extensions, briefing on that motion would be completed on December 21, 2026.

The Parties do not currently anticipate filing any further motions regarding discovery.

Plaintiffs intend to file a motion for summary judgment, and request that the Court set a briefing schedule for same following resolution of Defendant's Motion to Amend.

Respectfully submitted,

s/Charles E. Ross
Charles E. Ross
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
Tel: (601) 968-5500
Fax: (601) 944-7738
cer@wisecarter.com
Counsel of Record for *System Energy Resources, Inc., et. al.* Plaintiffs

s/Robin F. Bromberg
Robin F. Bromberg
**LANGLEY & BROMBERG LLC**
2700 U.S. Highway 280
Suite 350E
Mountain Brook, Alabama 35223
Tel: (205) 783-5752
robin@langleybromberg.com
Counsel of Record for Plaintiff *Entergy Louisiana, LLC*

OF COUNSEL:
Samuel O. Morris IV
**ENTERGY SERVICES, LLC**
1340 Echelon Parkway
Jackson, MS 39213
Tel: (601) 368-54769
Fax: (601) 368-5666
Smorri5@entergy.com

Christopher C. Coleman
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
Jackson, MS 39201
P.O. Box 651
Jackson, MS 39205-0651
Tel: (601) 968-5500
chc@wisecarter.com

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

LISA L. DONAHUE
Assistant Director

s/Evan Wisser
EVAN WISSER
Senior Trial Counsel
NATALEE A. ALLENBAUGH
DANIEL D. FALKNOR
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-3682
Email: evan.wisser@usdoj.gov
*Attorneys for the United States*

Eric B. Langley
**LANGLEY & BROMBERG LLC**
2700 U.S. Highway 280
Suite 350E
Mountain Brook, Alabama 35223
Tel: (205) 783-5752
robin@langleybromberg.com

Jennifer Quinn-Barabanov
David Marcou
**STEPTOE, LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
202-429-3000
JQuinnBarabanov@steptoe.com
DMarcou@steptoe.com

Dated: November 19, 2026